# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

145999-146000

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BRONSON METHODIST HOSPITAL,
      Plaintiff-Appellant,

v

SC: 145999
COA: 300035
Kalamazoo CC: 2010-000243-NF

MICHIGAN ASSIGNED CLAIMS PLAN,
      Defendant-Appellee.

_____/

BRONSON METHODIST HOSPITAL,
      Plaintiff-Appellant,

v

SC: 146000
COA: 300066
Kalamazoo CC: 2009-000534-NF

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
      Defendant/Third-Party
      Plaintiff-Appellee,
and

MICHIGAN ASSIGNED CLAIMS PLAN,
NICHOLAS EVAN OWSIANY, DANIELLE
PILLARS, and MICHIGAN MUTUAL
INSURANCE COMPANY,
      Third-Party Defendants.

_____/

      On order of the Court, the application for leave to appeal the August 30, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      VIVIANO, J., not participating.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013

_____
Clerk

t0225